# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO RAMIRO RAMIREZ, <br>     Petitioner, <br>   v. <br> RALPH M. DIAZ, Warden, <br>     Respondent. | NO. EDCV 12-648-GHK (AGR) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: 9/29/14

                        GEORGE H. KING
              Chief United States District Judge